# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Chapter 13

THOMAS A. YANKANICH                            Bankruptcy No. 20-14535-ELF
CAROL LYNN YANKANICH
4620 TOLBUT STREET

PHILADELPHIA, PA 19136

           Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
      THOMAS A. YANKANICH
      CAROL LYNN YANKANICH
      4620 TOLBUT STREET

      PHILADELPHIA, PA 19136

**Counsel for debtor(s), by electronic notice only.**
      DAVID OFFEN ESQUIRE
      601 WALNUT ST., SUITE 160 WEST

      PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
      Office of the U.S. Trustee
      Eastern District of Pennsylvania
      833 Chestnut Street, Suite 500
      Philadelphia, PA 19107

Date: 1/14/2021                                                                               /s/ William C. Miller

                                                                     _____
                                                                     William C. Miller, Esquire
                                                                     Chapter 13 Standing Trustee