## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                              :
                                                    :     Chapter 13
THOMAS A. YANKANICH &                               :
CAROL LYNN YANKANICH,                               :
                                                    :     Bankruptcy No. 20-14535 (ELF)
                            Debtor.                 :
---------------------------------------------------------x

## PRAECIPE TO WITHDRAW NOTICE OF APPEARANCE

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Notice of Appearance (Docket No. 21) filed by the City of Philadelphia on April 19, 2021.

                                                Respectfully submitted,

                                                THE CITY OF PHILADELPHIA

Dated: April 19, 2021          By:    /s/ Megan N. Harper
                                                  Megan N. Harper
                                                  Deputy City Solicitor
                                                  City of Philadelphia Law Department
                                                  1401 JFK Blvd., 5th Floor
                                                  Philadelphia, PA  19102-1595
                                                  215-686-0503 (phone)
                                                  215-686-0588 (facsimile)
                                                  Email: Megan.Harper@Phila.gov