United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14535-elf |
| Thomas A. Yankanich | Chapter 13 |
| Carol Lynn Yankanich | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 02, 2021 | Form ID: 155 | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. Yankanich, Carol Lynn Yankanich, 4620 Tolbut Street, Philadelphia, PA 19136-1419 |
| 14563944 | + | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14576417 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14568760 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14572811 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14566040 | + | Quicken Loans, LLC, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14563250 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14563251 | + | Rocket Loans, Attn: Bankruptcy, 1274 Library Street, Detroit, MI 48226-2256 |
| 14564976 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14563258 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14563259 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14567474 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jun 03 2021 01:38:59 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14563239 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 03 2021 02:08:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14563240 | + | Email/Text: broman@amhfcu.org | Jun 03 2021 02:09:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14576752 | | Email/Text: megan.harper@phila.gov | Jun 03 2021 02:09:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14574272 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 03 2021 01:35:28 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14563241 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 03 2021 01:35:23 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14563243 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 03 2021 02:09:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14563245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 03 2021 02:09:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14563244 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 03 2021 02:09:00 | Comenity Bank/tyrdvisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14563246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 03 2021 02:09:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14565629 | | Email/Text: mrdiscen@discover.com | | |

Case 20-14535-elf   Doc 31   Filed 06/04/21   Entered 06/05/21 00:48:10   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: 155 | Total Noticed: 39 |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| | | | Jun 03 2021 02:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14563247 | + | Email/Text: mrdiscen@discover.com | Jun 03 2021 02:09:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14599054 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 03 2021 02:09:00 | INTERNAL REVENUE SERVICE, P O BOX 7346, PHILA PA 19101-7346 |
| 14563242 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 03 2021 01:35:23 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14563248 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 03 2021 02:09:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14577875 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2021 01:37:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14578478 | | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2021 02:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14578479 | | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2021 02:09:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14563249 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 03 2021 02:09:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14563253 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 01:38:58 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14563254 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 01:37:13 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14563256 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 01:35:22 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14563257 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 01:35:23 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14574207 | + | Email/Text: bncmail@w-legal.com | Jun 03 2021 02:09:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14600291 | + | Email/Text: megan.harper@phila.gov | Jun 03 2021 02:09:00 | The City of Philadelphia, c/o Megan N. Harper, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14575650 | + | Email/Text: Bankruptcy@wsfsbank.com | Jun 03 2021 02:09:00 | WSFS Bank, 500 Delaware Ave., 10th fl., Wilm., DE 19801-1490 |
| 14563261 | + | Email/Text: Bankruptcy@wsfsbank.com | Jun 03 2021 02:09:00 | Wilmington Sav Fund So, 838 N Market, Wilmington, DE 19801-3154 |
| 14563262 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 03 2021 01:37:13 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14563252 | | Syncb/walmart |
| 14563255 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14563260 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

Case 20-14535-elf    Doc 31    Filed 06/04/21    Entered 06/05/21 00:48:10    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: 155 | Total Noticed: 39 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2021                  Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Carol Lynn Yankanich dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Thomas A. Yankanich dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Thomas A. Yankanich and Carol Lynn Yankanich

    Debtor(s)

Chapter: 13

Bankruptcy No: 20−14535−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this June 1, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

29 − 11
Form 155