Certificate Number: 12433-PAE-DE-040515288

Bankruptcy Case Number: 20-14535



12433-PAE-DE-040515288

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 15, 2026, at 8:48 o'clock PM EST, Carol Lynn Yankanich completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 16, 2026　　　　　By:　/s/Lisa Susoev

　　　　　　　　　　　　　　　　Name:　Lisa Susoev

　　　　　　　　　　　　　　　　Title:　Teacher