United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Thomas A. Yankanich

Carol Lynn Yankanich

    Debtors

Case No. 20-14535-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 12, 2026 | Form ID: 138OBJ | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. Yankanich, Carol Lynn Yankanich, 4620 Tolbut Street, Philadelphia, PA 19136-1419 |
| 14566040 | + | Quicken Loans, LLC, C/O Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 13 2026 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2026 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14563944 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2026 00:20:17 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14567474 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2026 00:20:05 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14563239 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 13 2026 00:10:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14563240 | + | Email/Text: jvalencia@amhfcu.org | Feb 13 2026 00:10:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14576752 | | Email/Text: megan.harper@phila.gov | Feb 13 2026 00:11:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14574272 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 13 2026 00:20:17 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14563241 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 13 2026 00:20:04 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14576417 | + | Email/Text: bnc@bass-associates.com | Feb 13 2026 00:10:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14563242 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 13 2026 00:20:04 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14563243 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2026 00:10:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14563245 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0313-2                                   User: admin                                   Page 2 of 4

Date Rcvd: Feb 12, 2026                            Form ID: 138OBJ                          Total Noticed: 42

| | | | | |
|---|---|---|---|---|
| | | Feb 13 2026 00:10:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14563244 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2026 00:10:00 | Comenity Bank/tyrdvisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14563246 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 13 2026 00:10:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14565629 | Email/Text: mrdiscen@discover.com | Feb 13 2026 00:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14563247 | + Email/Text: mrdiscen@discover.com | Feb 13 2026 00:10:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14599054 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2026 00:10:00 | INTERNAL REVENUE SERVICE, P O BOX 7346, PHILA PA 19101-7346 |
| 14715660 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 13 2026 00:10:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14568760 | + Email/Text: RASEBN@raslg.com | Feb 13 2026 00:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14563248 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2026 00:10:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14577875 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 13 2026 00:20:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14578478 | Email/Text: bnc-quantum@quantum3group.com | Feb 13 2026 00:10:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14578479 | Email/Text: bnc-quantum@quantum3group.com | Feb 13 2026 00:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14563249 | + Email/Text: bankruptcyteam@rocketmortgage.com | Feb 13 2026 00:10:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14572811 | + Email/Text: bankruptcyteam@rocketmortgage.com | Feb 13 2026 00:10:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14563250 | ^ MEBN | Feb 13 2026 00:04:44 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14563251 | + Email/Text: OpsCompliance@RocketLoans.com | Feb 13 2026 00:10:00 | Rocket Loans, Attn: Bankruptcy, 1274 Library Street, Detroit, MI 48226-2256 |
| 14563253 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2026 00:20:15 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14563254 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2026 00:20:27 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14563256 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2026 00:20:28 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14563257 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 13 2026 00:20:15 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14574207 | + Email/Text: bncmail@w-legal.com | Feb 13 2026 00:10:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14564976 | + Email/Text: tdebn@credbankserv.com | Feb 13 2026 00:10:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14563258 | + Email/Text: bncmail@w-legal.com | Feb 13 2026 00:10:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14600291 | + Email/Text: megan.harper@phila.gov | Feb 13 2026 00:11:00 | The City of Philadelphia, c/o Megan N. Harper, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK |

District/off: 0313-2                    User: admin                    Page 3 of 4

Date Rcvd: Feb 12, 2026                 Form ID: 138OBJ                 Total Noticed: 42

| | | | | Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
|---|---|---|---|---|
| 14563259 | + Email/Text: bkelectronicnotices@usaa.com | | Feb 13 2026 00:10:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14575650 | + Email/Text: Bankruptcy@wsfsbank.com | | Feb 13 2026 00:11:00 | WSFS Bank, 500 Delaware Ave., 10th fl., Wilm., DE 19801-1490 |
| 14563261 | + Email/Text: Bankruptcy@wsfsbank.com | | Feb 13 2026 00:11:00 | Wilmington Sav Fund So, 838 N Market, Wilmington, DE 19801-3154 |
| 14563262 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | Feb 13 2026 00:20:28 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14563252 | | Syncb/walmart |
| 14563255 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14563260 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Carol Lynn Yankanich ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Thomas A. Yankanich ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                          User: admin                                    Page 4 of 4
Date Rcvd: Feb 12, 2026                       Form ID: 138OBJ                                 Total Noticed: 42

TOTAL: 7

*Form 138OBJ* (6/24)–doc 53 – 51

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         )
   Thomas A. Yankanich                    )                   Case No. 20–14535–amc
                                              )
                                              )
   Carol Lynn Yankanich                   )                   Chapter: 13
                                              )
   Debtor(s).                             )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 12, 2026                                        For The Court

                                                               Mohung Wong
                                                               Clerk of Court