United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14535-amc |
| Thomas A. Yankanich | Chapter 13 |
| Carol Lynn Yankanich | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 04, 2026 | Form ID: 3180W | Total Noticed: 20 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas A. Yankanich, Carol Lynn Yankanich, 4620 Tolbut Street, Philadelphia, PA 19136-1419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 05 2026 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Mar 05 2026 05:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14563240 | + Email/Text: jvalencia@amhfcu.org | Mar 05 2026 00:17:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14576752 | Email/Text: megan.harper@phila.gov | Mar 05 2026 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14574272 | + EDI: AIS.COM | Mar 05 2026 05:10:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14576417 | + EDI: BASSASSOC.COM | Mar 05 2026 05:10:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 14565629 | EDI: DISCOVER | Mar 05 2026 05:10:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14599054 | + EDI: IRS.COM | Mar 05 2026 05:10:00 | INTERNAL REVENUE SERVICE, P O BOX 7346, PHILA PA 19101-7346 |
| 14715660 | EDI: JEFFERSONCAP.COM | Mar 05 2026 05:10:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14568760 | + Email/Text: RASEBN@raslg.com | Mar 05 2026 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14563248 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 05 2026 00:16:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14577875 | EDI: PRA.COM | Mar 05 2026 05:10:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14578478 | EDI: Q3G.COM | Mar 05 2026 05:10:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14578479 | EDI: Q3G.COM | | |

District/off: 0313-2        User: admin        Page 2 of 3

Date Rcvd: Mar 04, 2026        Form ID: 3180W        Total Noticed: 20

| | | | | |
|---|---|---|---|---|
| | | | Mar 05 2026 05:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14572811 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Mar 05 2026 00:17:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14563251 | + | Email/Text: OpsCompliance@RocketLoans.com | Mar 05 2026 00:16:00 | Rocket Loans, Attn: Bankruptcy, 1274 Library Street, Detroit, MI 48226-2256 |
| 14574207 | + | Email/Text: bncmail@w-legal.com | Mar 05 2026 00:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14564976 | + | EDI: CBSTDR | Mar 05 2026 05:10:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14575650 | + | Email/Text: Bankruptcy@wsfsbank.com | Mar 05 2026 00:17:00 | WSFS Bank, 500 Delaware Ave., 10th fl., Wilm., DE 19801-1490 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

**Name**        **Email Address**

DAVID M. OFFEN
       on behalf of Joint Debtor Carol Lynn Yankanich ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
       on behalf of Debtor Thomas A. Yankanich ecfmail@offenlaw.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
       on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
       on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
       ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
       on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2

User: admin

Page 3 of 3

Date Rcvd: Mar 04, 2026

Form ID: 3180W

Total Noticed: 20

TOTAL: 7

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas A. Yankanich | Social Security number or ITIN   xxx–xx–5146 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Carol Lynn Yankanich | Social Security number or ITIN   xxx–xx–2273 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   20–14535–amc

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas A. Yankanich                     Carol Lynn Yankanich

3/3/26                                  **By the court:** Ashely M. Chan
                                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**